# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12478-JKF

ELIZABETH M. MILLER

4631 Melrose Street

Philadelphia, PA 19137

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ELIZABETH M. MILLER

    4631 Melrose Street

    Philadelphia, PA 19137

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN  
    LAW OFFICE OF ROBERT BRAVERMAN  
    1515 MARKET ST, 15TH FLOOR  
    PHILADELPHIA, PA 19102-

Date: 7/22/2016

/S/ William C. Miller  
_____  
William C. Miller, Esquire  
Chapter 13 Standing Trustee