| Read Message |
|---|

Previous | Next

OK | REPLY | REPLY ALL | FORWARD

DELETE | REPORT SPAM

FULL HEADERS

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>

**To:** robert@bravermanlaw.com

**Cc:**

**Date:** Saturday, May 07, 2016 08:41 am

**Subject:** U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice, In re: Elizabeth M. Miller, Case Nur Ref: [p-94969327]

**Attachments:** B_P21612478309I0033.PDF (13KB)

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

May 8, 2016

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Elizabeth M. Miller, Case Number 16-12478, jkf

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Ser determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. Yor whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to c address as undeliverable, until the address is updated in accordance with local court policy, which may this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BI NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended scl determine the updated address and send the attachment to each recipient below; 2) type or print legibly each up below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Undeliverable Address:
PGW
PGW

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS: PHILADELPHIA GAS WORKS
800 W MONTGOMERY AVE
PHILADELPHIA, PA 19122

/s/ Robert N. Braverman