United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12478-jkf
Elizabeth M. Miller                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Oct 14, 2016
                              Form ID: pdf900             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
```
db             +Elizabeth M. Miller,    4631 Melrose Street,    Philadelphia, PA 19137-1108
13706174       +Aria Health,    P.O. Box 8500-6395,    Philadelphia, PA 19178-0001
13706175        Aria Health Physician Services,    Aria Health Physician Services,    PO Box 8500-6335,
                 Philadelphia, PA 19178-0001
13706176        Asset Maximization Group,    Asset Maximization Group,    PO Box 190191,
                 South Richmond Hill, NY 11419-0191
13706177        Central Financial Contral,    Central Financial Control,    PO Box 830913,
                 Birmingham, AL 35283-0913
13706178        City of Philadelphia Water/Sewer,    Water Revenue Bureau,    1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
13706179        Comenity - Modell's Sporting Goods,    P.O. Box 659707,    San Antonio, TX 78265-9707
13706180        Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
13706181        Diagnostic Imaging Inc Healthcare,    PO Box 371863,    Pittsburgh, PA 15250-7863
13706182       #+Doc Bresler's Cavity Busters,    6801 Ridge Avenue,    Philadelphia, PA 19128-2446
13706183        Einstein Community Healthcare,    c/o Grimley Financial Corporation,
                 30 Washington Avenue, Suite C-6,    Haddonfield, NJ 08033-3341
13706184       +Einstein Healthcare Network,    Einstein Healthcare Network,    PO Box 780003,
                 Philadelphia, PA 19178-0003
13758815       +Emerg Care Serv of Pa, P.C.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13706185        Emergency Care Services of PA,    c/o HRRG,    P.O. Box 5406,    Cincinnati, OH 45273-7942
13706186        GNI Neurosciences LLC,    GNI Neurosciences LLC,    PO Box 3288,    Indianapolis, IN 46206-3288
13706187        GNI Neuroservices LLC,    GNI Neuroservices LLC,    PO Box 2549,    Indianapolis, IN 46206-2549
13706192        HRRG,   PO Box 8486,    Pompano Beach, FL 33075-8486
13706189        Holy Redeemer Health System,    P.O. Box 8500-2900,    Philadelphia, PA 19178-8500
13706191        Holy Redeemer Hospital,    AR Resources, Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
13706190        Holy Redeemer Hospital,    P.O. Box 781728,    Philadelphia, PA 19178-0172
13706193       +IDA, PC,    9501 Roosevelt Blvd, Ste 208,    Philadelphia, PA 19114-1027
13760618       +Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy., Suite #333,
                 Cherry Hill, NJ 08034-1910
13706194        M&T Bank,    Attn: Drew J. Pfirrman, General Counsel,    One M&T Plaza,    Buffalo, NY 14203-2399
13706195       +M&T Bank,    c/o KML Law Group, Foreclosure Dept,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13706196        Nazareth Hospital,    Nazareth Hospital,    PO Box 824840,    Philadelphia, PA 19182-4840
13706199        PFFCU - Visa,    P.O. Box 4521,    Carol Stream, IL 60197-4521
13706200       +PGW,    800 W. Montgomery Avenue,    Philadelphia PA 19122-2806
13706198       +Pennsbury Inpatient Services,    Pennsbury Inpat Services, LLC,    PO Box 37932,
                 Philadelphia, PA 19101-0532
13706201       +Philadelphia Fire Department,    1105 Schrock Rd, Ste 610,    Columbus, OH 43229-1158
13706202       +Philadelphia Gas Works,    800 Montgomery Avenue, 3rd Floor,    Attn: Bankruptcy Department,
                 Philadelphia, PA 19122-2898
13759572       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa 19107-2495
13706203        Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13706204        Radiology Affiliates of Central NJ,    PO Box 787512,    Philadelphia, PA 19178-7512
13706205        Santander,    Santander Consumer USA,    PO Box 105255,    Atlanta, GA 30348-5255
13706206       #+Santander Consumer USA,    Attn: Eldridge A. Burns, Jr., Legal Ofc,
                 8585 N. Stemmons Fwy, Suite 1000,    Dallas, TX 75247-3822
13721350       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13706207        St Christopher's Hospital- Children,    St Christopher's Hospital- Children,    PO Box 830913,
                 Birmingham, AL 35283-0913
13706210        St. Christopher's Pediatric Associates,    P.O. Box 828699,    Philadelphia, PA 19182-8699
13706211        Sunrise Credit Services,    Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
13752466       +U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
13706212        Verizon,    PO Box 920041,    Dallas, TX 75392-0041
13706213        Virtual Radiologic Corporation,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
13706214        Virtual Radiologic Corporation,    Virtual Radiologic Corporation,    PO Box 371863,
                 Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 15 2016 02:01:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 15 2016 02:00:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 15 2016 02:00:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13758053        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2016 02:21:30
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13772362        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 15 2016 01:54:01
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Oct 14, 2016
                              Form ID: pdf900             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13780215       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 15 2016 01:54:01
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
               Technologies, Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13798036       E-mail/Text: bankruptcy@phila.gov Oct 15 2016 02:01:12      City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13706188       E-mail/Text: ebn@carepayment.com Oct 15 2016 02:01:44     Holy Redeemer,   c/o Care Payment,
               P.O. Box 2398,   Omaha, NE 68103-2398
13721434       E-mail/Text: camanagement@mtb.com Oct 15 2016 01:59:31     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
13706197      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 15 2016 01:59:30      PECO,   Bankruptcy Group,
               2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
13739062      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 15 2016 01:59:30      PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13706208*        St Christopher's Hospital-Children,   St Christopher's Hospital Children,   PO Box 830913,
                 Birmingham, AL 35283-0913
13706209*        St Christopher's Hospital-Children,   St Christopher's Hospital- Children,   PO Box 830913,
                 Birmingham, AL 35283-0913
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Elizabeth M. Miller robert@bravermanlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH M. MILLER                              Chapter 13

                         Debtor          Bankruptcy No. 16-12478-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __13th__ day of __October__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                   Jean K. FitzSimon
                                   Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1515 MARKET ST, 15TH FLOOR
PHILADELPHIA, PA 19102-


Debtor:
ELIZABETH M. MILLER

4631 Melrose Street

Philadelphia, PA 19137